UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EDUARDO VELA,                        )
                                     )
         Petitioner,                 )
                                     )
vs.                                  )          Case No. 4:06CV00137 ERW
                                     )
LARRY CRAWFORD,[1]                   )
                                     )
         Respondent.                 )

**MEMORANDUM AND ORDER**

This matter is before the Court upon the Report and Recommendation of United States

Magistrate Judge Lewis M. Blanton [doc. #21], pursuant to 28 U.S.C. § 636(b).  The Court notes

that no objections were filed to the Report and Recommendation.  After consideration of the

issues, the Court hereby sustains, adopts, and incorporates herein the Magistrate's Report and

Recommendation.

         Accordingly,

         **IT IS HEREBY ORDERED** that Petitioner Eduardo Vela's Petition for Writ of Habeas

Corpus [doc. #1] is **DENIED**.

         **IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

         Dated this 4th Day of March, 2009.

                                              _____
                                              E. RICHARD WEBBER
                                              UNITED STATES DISTRICT JUDGE

_____

         [1]Petitioner brought his initial Petition against Jill McGuire, Superintendent of the Tipton
Correctional Center.  Petitioner is now being supervised by the State of Texas, as a result of his
current parole status.  As a result, Ms. McGuire is no longer the proper respondent.  The
Missouri Department of Corrections has jurisdiction over Petitioner, thus, Larry Crawford, the
director of the Missouri Department of Corrections, is the proper party respondent and is
substituted as such.