UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDUARDO VELA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00137 ERW |
| ) | |
| LARRY CRAWFORD,[1] ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF APPEALABILITY**

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner is **DENIED** a Certificate of Appealability.

Dated this 4th Day of March, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner brought his initial Petition against Jill McGuire, Superintendent of the Tipton Correctional Center. Petitioner is now being supervised by the State of Texas, as a result of his current parole status. As a result, Ms. McGuire is no longer the proper respondent. The Missouri Department of Corrections has jurisdiction over Petitioner, thus, Larry Crawford, the director of the Missouri Department of Corrections, is the proper party respondent and is substituted as such.